IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP, | : | |
| | : | Civil Action 2:11-cv-00856 |
| Plaintiff | : | |
| v. | : | Magistrate Judge Abel |
| Curtis S. Bradley, *et al.*, | : | |
| Defendants | | |

## Order

This case has been dismissed pursuant to the parties' July 17, 2012 stipulated dismissal (doc. 20). This Court retains jurisdiction to enforce the settlement agreement.

<u>s/ Mark R. Abel</u>
United States Magistrate Judge